■ In the Matter of the Estate of MARJORIE S. CLEVELAND, Also Known as MARJORIE STUBER CLEVELAND, Deceased. BANK OF AMERICA, N.A., Successor by Merger to FLEET NATIONAL BANK, as Executor of MARJORIE S. CLEVELAND, Also Known as MARJORIE STUBER CLEVELAND, Deceased, Respondent; ELIOT SPITZER, as Attorney General of the State of New York, Appellant. [827 NYS2d 912]—Appeal from a decree of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered April 4, 2006. The decree, among other things, dismissed the objections of Eliot Spitzer, Attorney General of the State of New York.

It is hereby ordered that the decree be and the same hereby is unanimously affirmed without costs for reasons stated in decision by the Surrogate. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.

■ MIAN RAFI et al., Doing Business as MIAN RAFI's INTERNATIONAL CUISINE, et al., Respondents, v RUTGERS CASUALTY INSURANCE COMPANY, Appellant. [828 NYS2d 226]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered August 10, 2006. The order, insofar as appealed from, denied in part defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.